*Harry Z. Harris* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

NELLIE E. SMITH, Appellant, *v.* ARTHUR P. SMITH, Respondent.

*Appeal — failure to file undertaking or prosecute appeal.*

*Smith* v. *Smith*, 214 App. Div. 751, appeal dismissed.

(Argued November 23, 1925; decided December 1, 1925.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 26, 1925, which affirmed an order of Special Term granting a motion to modify a final judgment of divorce.

The motion was made upon the ground of failure to file the required undertaking and otherwise prosecute the appeal.

*Isadore Bookstein* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* ONE TWIN-SIX PACKARD CAR and PAUL O'MALLEY et al., Respondents.

*Appeal — failure to make and serve record.*

*People* v. *One Twin-six Packard Car*, 208 App. Div. 754, appeal dismissed.

(Argued November 23, 1925; decided December 1, 1925.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 17, 1924, which reversed two orders of the Chenango County Court denying motions for orders directing the return of a certain motor car, liquors and casks seized as claimed under subdivision 5 of section 802-b of the Code of Criminal Procedure.

 The motion was made upon the ground of failure to make and serve the record on appeal.

*William H. Sullivan* for motion.

No one opposed.

Motion granted and appeal dismissed.

---

NICHOLAS ANDRE, Suing on Behalf of Himself and Other Stockholders of NORTHERN INSURANCE COMPANY OF Moscow, Appellant, *v.* JAMES A. BEHA, as Superintendent of Insurance of the State of New York, Respondent, and MORTIMER W. BYERS et al., as Trustees, et al., Appellants.

(Submitted November 23, 1925; decided December 1, 1925.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements.   (See 240 N. Y. 605.)

---

OPHELIA HARE, as Administratrix of the Estate of BAYNARD HARE, Deceased, Respondent, *v.* CLYDE STEAMSHIP COMPANY, Appellant.

*Appeal — unanimous affirmance — appeal without permission — motion to dismiss denied where constitutional question is involved.*

Reported below, 215 App. Div. 670.

(Argued November 23, 1925; decided December 1, 1925.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 19, 1925, unanimously affirming a judgment in favor of plaintiff entered upon a verdict.

The motion was made upon the ground that the appeal was frivolous and that permission to appeal had not been obtained.   The motion was opposed upon the ground that a constitutional question was involved.

*Emanuel Friedman* for motion.

*Cleland R. Neal* opposed.

Motion denied, with ten dollars costs.